# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN LYNN PYLES, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | NO. CIV-16-1189-HE |
| ) | |
| JOE M. ALLBAUGH, Director, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Steven Lynn Pyles, a state prisoner appearing *pro se*, filed this action challenging his conviction and seeking a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to U.S. Magistrate Judge Charles B. Goodwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)–(C). Judge Goodwin recommends that the case be transferred to the U.S. District Court for the Eastern District of Oklahoma as the district in which petitioner was tried and convicted. Petitioner was advised of his right to object, by December 20, 2016, to the Report and Recommendation.

No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Therefore the court **ADOPTS** the Report and Recommendation [Doc. #5], a copy of which is attached to this order. This case is **TRANSFERRED** to the U.S. District Court for the Eastern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE